**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**



| | | |
|---|---|---|
| MICHAEL DISSLER, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-cv-00942-D (BT) |
| | § | |
| | § | |
| K ZOOK, | § | |
| Defendant. | § | |

## MAGISTRATE JUDGE'S QUESTIONNAIRE TO PLAINTIFF

Plaintiff shall answer each of the following questions in the space

provided for his answer. The answers to these questions shall be verified

under penalty of perjury by Plaintiff on the signature line at the conclusion

of these questions and returned to the United States Magistrate Judge

within thirty (30) days from the date the questions are issued. Failure to

timely return the verified answers may result in a recommendation that the

case be dismissed for want of prosecution.

Signed April 21, 2020.

REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

1

**QUESTION NO. 1:** You name Warden K. Zook in his individual capacity as the defendant in this case.  Have you named Warden Zook as a defendant solely because he is a supervisor?

**ANSWER**:

    _✓_     Yes

    _____     No

**QUESTION NO. 2:** Are you claiming that Warden Zook personally participated in the alleged violation of your constitutional rights?

**ANSWER:**

    _✓_     Yes

    _____     No

**QUESTION 3**: If you answered "yes" to Question No. 2, state all facts

regarding your claim that Warden Zook personally participated in the

alleged violation of your constitutional rights.  Be specific.

**ANSWER**:

As the Warden, she oversees all operational aspects here at Seagoville FCI. She is aware that the dental dept is understaffed, behind schedule in servicing dental needs, Refuses to reprimand the chief dentist Dr Perez For failure to perform his official duties and Warden Zook demostrates a deliberate indifferent attitude in performing her official duties as warden.

VERIFICATION

STATE OF TEXAS          )
COUNTY OF _Dallas_      )

I understand that a false statement or answer to any question in this
cause of action will subject me to penalties for perjury.  I hereby declare (or
certify, verify or state), under penalty of perjury, that the foregoing answers
are true and correct.  (28 U.S.C. § 1746).

SIGNED on this _30th_ day of _April_, 2020.

_Michael Quiller_
Plaintiff

3

Name _Michael Dissler_
Reg. No. _35714-044_
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

NORTH TEXAS TX P&DC
DALLAS TX 750
30 APR 2020  PM 3 L



**UNITED STATES DISTRICT COURT**

OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE - ROOM 1452
DALLAS, TX 75242-1495

OFFICIAL BUSINESS

75242-131052