IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL DISSLER. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | No. 3:20-CV-0942-D |
| | § | |
| K. ZOOK, WARDEN. | § | |
|     Defendant | § | |

## **ORDER**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed no objections. The undersigned district judge reviewed the findings, conclusions, and recommendation for plain error. Finding no error, the court adopts the findings, conclusions, and recommendation of the United States Magistrate Judge. It is therefore ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

**SO ORDERED**.

June 23, 2021.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE